**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**ERICKSON'S FLOORING & SUPPLY,
CO., INC., a Michigan corporation,**

        Plaintiff(s),        CASE NUMBER: 03-74214
                                      HONORABLE VICTORIA A. ROBERTS

**v.**

**TEMBEC, INC., a foreign corporation,
TEMBEC, USA, LLC, an Illinois limited
liability company, ALL TILE, INC., an
Illinois company, and KEVIN GURICAN,
jointly and severally,**

        Defendant(s).
_____/

**JUDGMENT IN FAVOR OF DEFENDANTS**

This matter came before the Court on Defendants Tembec, Inc. and Tembec USA, LLC's Motion for Summary Judgment and Defendant Kevin Gurican's Motion for Summary Judgment, both of which were granted in an Order entered on   January 18, 2006.

The Court awards Judgment in Defendants' favor and against Plaintiff.

**IT IS SO ORDERED.**

                _____

                              **s/Victoria A. Roberts**
                              **Victoria A. Roberts
                              United States District Judge**

**Dated:  January 18, 2006**

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 18, 2006.**

**s/Carol A. Pinegar**
**Deputy Clerk**